**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **IN RE MATTER OF SUBPOENA SERVED ON SAMSUNG ELECTRONICS AMERICA, INC.** | **MISCELLANEOUS ACTION NO: ________________** |
| **ZeniMax Media Inc. and id Software LLC v. Oculus VR, LLC; Palmer Luckey; Facebook, Inc.; Brendan Iribe; and John Carmack (Pending in the United States District Court for the Northern District of Texas, Civil Action No. 3:14-cv-01849-K)** | |

**<u>ORDER</u>**

Before the Court is the Emergency Motion to Compel Production of Documents and Deposition from Samsung Electronics America, Inc. filed by ZeniMax Media Inc. and id Software LLC. The Court, being well advised, finds that the Motion should be GRANTED. It is therefore

ORDERED that Samsung produce documents responsive to the following topics no later than August 19, 2016:

- Identification of or documents identifying Samsung products since 2013 that incorporate Oculus-provided source code or technology;
- Documents created for or from demonstrations or received from Oculus relating to demonstrations that Oculus provided to Samsung in June through August 2013 including but not limited to (1) an Oculus Rift demonstration in San Francisco, California in June 2013, (2) an Oculus Mobile or mobile software demonstration at the Suwon Campus in South Korea in July 2013, and (3) a 2-week Oculus demonstration or "camp" provided to Samsung in Irvine, California in August 2013; and
- Documents, communications, and correspondence exchanged between Oculus and Samsung; Facebook and Samsung; and John Carmack and Samsung from January 1, 2013 to present that references ZeniMax Media Inc. and/or id Software, LLC in the context of virtual reality technology, development of Oculus products, or development of Samsung

products incorporating Oculus technology or source code including but not limited to correspondence and communications between Oculus/Facebook/John Carmack and

1. Samsung's Graphics R&D Group within the Mobile Communication Division;
2. Samsung's New Business Development/Product Strategy Team within the Mobile Communication Division;
3. Dallas Telecom Laboratory or Samsung Telecommunications America, LLC;
4. Kit Kim;
5. Woo-Sung (Ted) Choi;
6. Miso Kim (Meeso Kim);
7. Joo Namkung;
8. Chan-Woo Park;
9. Mansu Han;
10. Jihong Kim;
11. Jin Ho Ahn;
12. Insu Yu;
13. Nick DiCarlo;
14. George Kim;
15. Tom Harding;
16. Insu Song; and
17. Tae Yong Kim.

It is further ORDERED that Samsung produce a knowledgeable witness to testify to the above-referenced topics no later than August 26, 2016.