# EXHIBIT 2

Press Resources > Press Release

# Samsung Introduces Gear VR Innovator Edition for the U.S. at Samsung Developer Conference

on November 13, 2014 SHARE

Summary:
• Samsung introduced Samsung Gear VR Innovator Edition for the U.S, delivering a fully immersive virtual reality experience on the Galaxy Note 4 and creating an entirely new mobile category, at Samsung Developer Conference.

**Samsung Introduces Gear VR Innovator Edition for the U.S. at Samsung Developer Conference**

First Smartphone-Powered Virtual Reality Experience Available Early Dec. in U.S.

Samsung Telecommunications America announced **Samsung Gear™ VR Innovator Edition** will be available in the U.S. early December. Gear VR Innovator Edition, powered by Oculus, delivers a fully immersive virtual reality experience on the Galaxy Note 4, creating an entirely new mobile category.

"Samsung is excited to launch our first virtual reality experience, Gear VR Innovator Edition. We are looking forward to working with developers and partners on building amazing, accessible Virtual Reality experiences, that help bring the immersion of VR mainstream over the coming months and years," said Nick DiCarlo, Vice President and General Manager of Immersive Products and Virtual Reality. "Samsung is pleased to be joining the VR community and will continuously endeavor to bring the Next Big Thing in Virtual Reality."

Leveraging the Galaxy Note 4's 5.7inch high resolution Quad HD Super AMOLED™ display, Gear VR Innovator Edition produces stunning visuals and allows developers to design amazing 360° experiences.

In addition to an immersive entertainment experience, Gear VR Innovator Edition has potential for innovative uses for enterprise, including realistic training simulation for vehicles or aircraft, 360° views of scans for healthcare, and interactive learning experiences for the classroom.

Alongside the launch of Gear VR Innovator Edition, Oculus will make the Oculus

Galaxy S7 edge | Note7

Fast Facts

Samsung Newsroom Photo Gallery

NEWSLETTER

## Recommended


Samsung Unveils the New Galaxy Note7 – The Intelligent


Crossing Borders and Limitations in the Bosphorus Strait


Samsung Delivers 12,500 Galaxy S7 edge Olympic Games

Top


Ultra-durable SMART Outdoor Signage Takes a Beating


People Who Love Serif TV 4: Artisan Jiyoung Lee

## Explore the Galaxy Note7 in Depth


[In-Depth Look] How the S Pen Advanced with the Galaxy Note7


[In-Depth Look] More Than Just a Writing Tool: The S Pen of the


[In-Depth Look] Keeping an Eye on Security: The Iris

Mobile SDK for Gear VR available now to all developers who register at developer.oculus.com/. Samsung and Oculus have been working together with a variety of partners to illustrate the potential of Gear VR including:

- **As part of the Marvel's Avengers:** Age of Ultron partnership with Samsung, Gear VR users will gain exclusive access to Tony Stark's Lab inside the all new Avengers Tower.
- **Cirque du Soleil Media** presents a 360 live-action 3D VR experience, featuring an act from Zarkana filmed by Felix & Paul Studios.
- **DreamWorks VR** from DreamWorks Animation allows Samsung Gear VR users to interact and laugh with DreamWorks characters and content in a whole new way like never before.
- **Harmonix Music VR** takes your music library and transports you to a fully immersive, musically responsive environment, allowing you to relax in a vibrant soundscape and explore visualizations set to your favorite tracks.
- **M-GO Advanced,** a new paradigm for digital video VR applications, offers an unmatched interactive search and discovery experience with Samsung Gear VR.
- **Protocol Zero from DENA** enables Samsung Gear VR players to infiltrate enemy grounds undetected in blackout conditions with hi-tech optics including night vision, X-ray vision, and thermal vision.
- **Temple Run VR** is the latest edition in Imangi's Temple Run series, challenging Samsung Gear VR players to run as far as they can through a perilous winter wonderland as they escape the clutches of Arctic Demon Monkeys.
- **Vevo** offers more than 100,000 HD music videos, live concert events and original programming that can be enjoyed in an immersive, full-screen theater experience on Samsung Gear VR.
- **WemoLab's theBluVR** allows users to immerse themselves in the dream-like majesty of marine life.

Samsung Gear VR is powered by Oculus, and will automatically download special Oculus software to the Note 4 when connected for the first time. The Oculus software includes:

- Oculus Home – Your VR home screen and content discovery center, which includes a Samsung section
- Oculus Store – An application that lets you browse and download new content from the Oculus platform
- Oculus Cinema – A VR movie theater and cinema where you can watch your favorite movies in an immersive virtual environment
- Oculus 360 Videos and Photos – Be immersed in 360 videos and panoramas like never before from within Gear VR

Gear VR is equipped with a touch pad, back button, and focus adjustment wheel for an easy-to-use virtual reality device, while its flexible, lightweight materials make it comfortable for users to wear.

Samsung Gear VR Innovator Edition will be available in Frost White and at Samsung.com, along with the Gamepad. Developers can pre-register to receive information on the device at www.samsung.com/GearVR starting today.




[In-Depth Look] The Beauty is in the Details: The Design of Galaxy Note7



[In-Depth Look] In the Limelight: The Entertainment


## Where TV Meets Lifestyle




People Who Love Serif TV 1: Architects Jeunghye Park and



People Who Love Serif TV 2: Art Directors Jieun Kim




Our First Experience with the SUHD Quantum Dot TV in



Why Video Experts Prefer Quantum Dot SUHD TV



How to Set Up Your New Samsung SUHD TV

**Samsung Gear™ VR Product Specifications:**

| | | |
|---|---|---|
| Gear VR Innovator Edition | Optical Lens | 96˚ Field of View |
| | Sensor | Accelerator, Gyrometer, Geomagnetic, Proximit |
| | Motion to Photon Latency | < 20ms |
| | Focal Adjustment | Covers Nearsighted / Farsighted Eyes |
| | Interpupillary Distance | |

Coverage55 ~ 71 mm Physical User InterfaceTouch Pad, Back Button, Volume KeyConnectionmicroUSB connection to the Galaxy Note 4 Dimension (Headset)198 x 116 x 90mmWeight (w/ strap)379gContentsAvailable through Oculus Store

Galaxy

Note 4

Display5.7 inch Quad HD Super AMOLED (2560 x 1440) Camera (Pass-Through) High Frame Rate Preview (60fps) Audio3D Spatial Sound on Samsung VR Player for VR Gallery contents (Earphone needed)

Full details and product images are available at www.samsungmobileuspress.com.

*All functionality features, specifications, and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.

TAGS

SHARE

ARTICLE LIST

For any issues related to customer service, please go to samsung.com/contactus for assistance.
For media inquiries, please contact hq.comm@samsung.com.



© 2011-2016 Samsung Electronics Co,.Ltd. All Rights Reserved.