# EXHIBIT 3

# Samsung Expands its Unrivaled Mobile Virtual Reality Experience with Gear VR Innovator Edition for Galaxy S6 and S6 edge

on March 02, 2015

SHARE

Samsung continues its leadership in wearable technology and mobile virtual reality with its latest Samsung Gear VR Innovator Edition, fully optimized and compatible with Samsung Galaxy S6 and S6 edge, its next generation smartphone. The Samsung Gear VR Innovator Edition powered by Oculus gives more users the opportunity to enjoy Samsung's unrivaled, fully immersive and cinematic virtual reality experience, with improved viewing as well as a more comfortable design.

- **Extraordinary Entertainment**: Optimized for both the Galaxy S6 and S6 edge, and its 5.1-inch Super AMOLED display, the Gear VR Innovator Edition lets users engage with high resolution movies, TV shows, VOD services and photos like never before. With reduced pixilation and a wide field-of-view, users receive a better virtual reality experience with longer lasting usage time.

- **Improved Comfort**: The 15% reduction in size makes Samsung Gear VR a more comfortable to wear. Ergonomically redesigned straps give better weight balance, while mechanical ventilation supports an extended VR experience.

- **High Quality Performance**: Greater computing power and improved graphics quality enable users to explore the best virtual reality adventures.

- **USB Compatibility**: The Gear VR can now be powered with its USB port for extended usage time.

- **Robust Ecosystem**: Gear VR content is available for download via the Oculus Store. Users have an extensive selection of optimized, localized


Galaxy S7 edge | Note7

Fast Facts

Samsung Newsroom Photo Gallery

NEWSLETTER

## Recommended


Samsung Unveils the New Galaxy Note7 – The Intelligent


Crossing Borders and Limitations in the Bosphorus Strait



Samsung Delivers 12,500 Galaxy S7 edge Olympic Games


Ultra-durable SMART Outdoor Signage Takes a Beating


People Who Love Serif TV 4: Artisan Jiyoung Lee

## Explore the Galaxy Note7 in Depth



[In-Depth Look] How the S Pen Advanced with the Galaxy Note7


[In-Depth Look] More Than Just a Writing Tool: The S Pen of the


[In-Depth Look] Keeping an Eye on Security: The Iris


Top

virtual reality content from top-tier creators including thrilling VR games and 360-degree including a new performance from Cirque du Soleil, Kurios.

For more product information, please visit www.samsungmobilepress.com.

### Samsung Gear VR Innovator Edition Product Specifications

Designed for innovative consumers, specifically VR enthusiasts, developers, mobile experts and professionals, and early technology adopters.

| | | |
|---|---|---|
| Gear VR | Dimension | 196 x 107.9 x 82.9 mm |
| | Sensor | Accelerator, Gyrometer, Proximity(Mount/Unmount Detection) |
| | FOV*Field of View | 96 degree |
| | IPD Coverage | 54 ~ 70 mm (Fixed Lenses) |
| | Accessory | Replaceable Face Form, Carrying Pouch, Lens Cleaning Cloth |
| | Color | Frost White |
| | Connectivity | microUSB connection to the Galaxy S6 and S6 edge |

* All functionality, features, specifications, and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.

TAGS Galaxy S6, Galaxy S6 edge, Gear VR, Innovator Edition, MWC 2015, Samsung, Unrivaled Mobile, Virtual Reality Experience

SHARE

ARTICLE LIST

For any issues related to customer service, please go to samsung.com/contactus for assistance.
For media inquiries, please contact hq.comm@samsung.com.



[In-Depth Look] The Beauty is in the Details: The Design of Galaxy Note7



[In-Depth Look] In the Limelight: The Entertainment

## Where TV Meets Lifestyle



People Who Love Serif TV 1: Architects Jeunghye Park and



People Who Love Serif TV 2: Art Directors Jieun Kim




Our First Experience with the SUHD Quantum Dot TV in



Why Video Experts Prefer Quantum Dot SUHD TV



How to Set Up Your New Samsung SUHD TV

Sitemap | Contact Us

Terms of Use | Privacy and Cookies

© 2011-2016 Samsung Electronics Co.,Ltd. All Rights Reserved.

Country