# EXHIBIT 8

newsroom Like 116K Share Search in Newsroom

Home | News | Products | Company Info | Directory | Media Gallery | Investor Relations

February 21, 2016

# New Steps Toward the Future of Virtual Reality



Today we're announcing new advances in our long-term efforts to build the future of virtual reality.

**Mobile VR grows: 1m hours of video watched**

Virtual reality is already something people can touch and feel with the Samsung Gear VR, powered by Oculus, which is in stores now. Gear VR is the best mobile VR experience in the world because it combines the leading VR software, built by Facebook's Oculus team, with world-class mobile hardware, built by Samsung. Since Gear VR launched in November 2015, the response has been incredibly strong: More than 200 games and apps are now available for the platform in the Oculus store, and people have already watched more than a million hours of video in Gear VR.

**Dynamic streaming coming to mobile VR**

We've also been developing new technology that will make video in virtual reality work even better. 360 video on Facebook is the first step — it allows you to look around and feel like you're present while watching a video, whether it's surfing in Tahiti or exploring the surface of Mars. Already, millions of people watch 360 videos on Facebook every day. More than 20,000 have been uploaded, with hundreds more added daily. And we've only just begun to explore the possibilities with this format.

## Contact Us

press@fb.com

## Categories

Company News
Events
News Feed FYI
Product News
Q&A with Mark
Internet.org
Trends
Search FYI

## Archive

2016
2015
2014
2013
2012
2011
2010
2009
2008
2007
2006

## Featured News

**Introducing Video Calling in Messenger**

April 27, 2015

Now you can have face-to-

Today, we're taking an important step toward improving 360 video in VR: Our powerful dynamic streaming technology for 360 video is coming to Gear VR. It's a more efficient way of delivering 360 videos, showing only the pixels you're actually looking at in the highest quality, instead of delivering the entire 360 video in high resolution. To make this work, we create dozens of variants for every 360 video that gets uploaded to Facebook, each tailored to a specific viewing angle, and then as you watch the video, we rapidly adjust which variant we display based on where you're looking. By doing this, we've quadrupled the resolution quality of 360 streaming video in VR by reducing the amount of required network bandwidth by 4x — so videos look clearer and play faster. We're excited to bring this to Gear VR in the next few weeks. To learn more, read the blog post from our recent Video @Scale event where we previewed this technology.

**Investing in social VR**

As we continue to make big breakthroughs in the technology behind VR, we're also investing in efforts to explore immersive new VR experiences that will help people connect and share. We've already helped people connect in a wide variety of ways on mobile devices — ranging from Facebook and Instagram to Messenger and WhatsApp — and now we want to apply that same approach to the new medium of VR. In the future, VR will enable even more types of connection — like the ability for friends who live in different parts of the world to spend time together and feel like they're really there with each other.

We've created a Social VR team at Facebook focused entirely on exploring the future of social interaction in VR. This team will explore how people can connect and share using today's VR technology, as well as long-term possibilites as VR evolves into an increasingly important computing platform. They'll will work closely with Oculus and other teams at Facebook to build the foundation for tomorrow's social VR experiences on all platforms.

Our work in VR is still early, and there are a lot of hardware and software challenges that we still need to solve. But we're encouraged by our progress to date, and we're excited to continue building VR technology that gives people new ways to connect and share.

**Downloads:**

Mark Zuckerberg at Samsung Unpacked
Event Photo

Category: Product News

Like 1.6K Share Email

Friends Day: Celebrating the Importance of Connections

State of Connectivity 2015: A Report on Global Internet Access

face conversations with your friends and the people you care about via Messenger.
Read more



### Introducing Hello

April 22, 2015

See who's calling, block unwanted calls and search for people and places.
Read more

## Related News

April 13, 2016

### F8 Day Two Roundup



Facebook © 2016
Powered by WordPress.com VIP