UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE MATTER OF SUBPOENA SERVED ON SAMSUNG ELECTRONICS AMERICA, INC.** | ) ) ) | **No. 3:16-MC-98-K (Related Case No. 3:14-CV-1849-K)** |

# ORDER

Before the Court are ZeniMax Media, Inc. and id Software, LLC's (collectively, "ZeniMax") Notice of Non-Compliance with Court Orders [ECF No. 45] ("Notice of Non-Compliance") and Supplemental Notice of Non-Compliance with Court Orders [ECF No. 55] ("Supplemental Notice of Non-Compliance") referred to the United States Magistrate Judge for determination. Electronic Order Referring Case, ECF No. 19.

In the Notice of Non-Compliance, ZeniMax informs the Court that Samsung Electronics America, Inc. ("Samsung") refused to produce a witness for deposition by December 30, 2016 as ordered by the Court. Notice 2, ECF No. 45. Furthermore, ZeniMax contends that, while Samsung represented to the Court that it produced all responsive documents by December 12, 2016, Samsung produced additional documents on December 22, 2016, and again on December 30, 2016. Notice 1-2, ECF No. 45. In the response to ZeniMax's Notice of Non-Compliance, Samsung argues that it, in good faith, complied with its obligation to produce documents responsive to ZeniMax's subpoena, and that it cooperated in scheduling the deposition of its witness who was deposed for more than seven hours. Resp. 2, ECF No. 47. Samsung also contends that while it was preparing its privilege log, it discovered documents that were incorrectly designated as privileged, and that it produced those documents on December 22 and 30, 2016.[1] Resp. 3, ECF No. 47.

1. The parties have filed a reply [ECF No. 49-1] and a sur-reply [ECF No. 52] to ZeniMax's Notice of Non-Compliance that have been considered by the Court.

In the Supplemental Notice of Non-Compliance, ZeniMax contends that Samsung's corporate representative, Joo Namkung was not fully prepared for his deposition. Suppl. 1, ECF No. 55. In addition, ZeniMax contends that Samsung failed to produce a number of responsive documents. Suppl. 1-3, ECF No. 55. In the response, Samsung contends that, while ZeniMax continues to make serial noncompliance accusations against Samsung without first conferring, Samsung has, in good faith, produced all the additional responsive information as ordered by the Court. Suppl. Resp. 1, ECF No. 58. Samsung argues that ZeniMax's latest accusation that there are "glaring deficiencies" in Samsung's document production and deposition testimony amounts to a catalogue of minor alleged flaws, all of which are contradicted by Samsung's good-faith efforts to comply with the Court's Order. Suppl. Resp. 1, ECF No. 58. In the reply, ZeniMax argues that Samsung continues to assert that it complied with its own incorrectly narrowed interpretation of the subpoena. Reply 1, ECF No. 62.

In the Court's December 23, 2016 Order, Samsung was ordered to, in good faith, produce all additional responsive information by December 30, 2016, and was further advised that the Court will impose sanctions at a later time if the record fails to demonstrate cooperation and good faith efforts to promptly provide ZeniMax the pertinent information, given the urgency of the January 9, 2017 trial setting. Order 4, ECF No. 44. Upon careful consideration of ZeniMax's Notice of Non-Compliance [ECF No. 45], Samsung's Response in Opposition to Notice of Non-Compliance [ECF No. 47], ZeniMax's Reply in Support of Notice of Non-Compliance with Court Orders [ECF No. 49-1], Samsung's Sur-reply in Opposition to Notice of Non-Compliance [ECF No. 52], ZeniMax's Supplemental Notice of Non-Compliance with Court Orders [ECF No. 55], Samsung's Response to Supplemental Notice of Non-Compliance [ECF No. 58], ZeniMax's Reply in Support of

Supplemental Notice of Non-Compliance with Court Orders [ECF No. 62], and the accompanying appendices to these filings, the Court finds that Samsung's conduct subsequent to the Court's December 23, 2016 Order does not warrant the imposition of sanctions. Therefore, ZeniMax's requests for sanctions against Samsung are denied.

SO ORDERED, this 27th day of January, 2017.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE